Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
Justin Singh (SBN 266279)
justin.singh@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant*
CISCO SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| APOLLO FINANCE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC.,<br><br>Defendant. | CASE NO. 2:15-CV-9696 RSWL (PJWx)<br><br>**DEFENDANT CISCO SYSTEMS, INC.'S NOTICE OF MOTION AND RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>Hon. Ronald S.W. Lew<br>Date: March 15, 2016<br>Time: 10:00 a.m.<br>Crtrm.: 21 |

**TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on March 15, 2016, at 10:00 a.m., or as soon thereafter as this motion may be heard, in Courtroom 21 of the United States District Court for the Central District of California, located at 312 North Spring Street in Los Angeles, California, the Honorable Ronald S.W. Lew presiding, Defendant Cisco Systems, Inc. will, and hereby does, respectfully move for an Order dismissing Plaintiff Apollo Finance, LLC's ("Apollo's") patent infringement Complaint against Cisco Systems, Inc. ("Cisco"), filed December 17, 2015, pursuant to Federal Rule of Civil Procedure 12(b)(6) for two independent reasons: (1) the claims of the asserted patent are invalid under 35 U.S.C. Section 101 because they claim patent ineligible subject matter; and (2) the Complaint fails to allege facts sufficient to support Apollo's claim for patent infringement against Cisco under the pleading requirements articulated in *Bell Atlantic Corp v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

This Motion is made following a conference of counsel pursuant to Local Rule 7-3, which took place on February 1, 2016. This Motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities and supporting declaration and exhibits thereto, such matters of which the Court may take judicial notice, all pleadings on file in this action, and all such further evidence and argument as may be submitted in responsive briefing or at oral argument.

DATED: February 12, 2016

Respectfully submitted,

*/s/Michael W. De Vries*

Michael W. De Vries
michael.devries@kirkland.com
Justin Singh
justin.singh@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP

555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Attorneys for Defendant
CISCO SYSTEMS, INC.