# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| APOLLO FINANCE, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC.,<br><br>  Defendant. | CASE NO. 2:15-CV-9696 RSWL (PJWx)<br><br>**[PROPOSED] ORDER GRANTING CISCO SYSTEMS, INC.'S RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**<br><br>Hon. Ronald S.W. Lew<br>Hearing Date: March 15, 2016<br>Time: 10:00 a.m.<br>Crtrm.: 21 |

The Court has considered Defendant Cisco Systems, Inc.'s ("Cisco") Motion to Dismiss Plaintiff Apollo Finance, LLC's ("Apollo's") Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6).

Having considered Cisco's Motion to Dismiss and all documents in support of the motion, being fully advised in the matter, and good cause appearing, the Court finds that Plaintiff Apollo has failed to state a claim upon which relief can be granted for the following two reasons:

1. The Court finds that all claims of U.S. Patent No. 8,435,038 (the "'038 Patent") are invalid under 35 U.S.C. § 101 because they claim non-patentable subject

matter, and consequently, the '038 Patent cannot form the basis for a valid patent infringement claim; and

      2.    Apollo's Complaint fails to allege sufficient factual matter to make its allegations plausible and therefore does not comply with pleading requirements set forth by Federal Rule of Civil Procedure Rule 8 and Supreme Court jurisprudence in *Bell Atlantic Corp v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

      Accordingly, Defendant Cisco's Motion to Dismiss Plaintiff Apollo's Complaint for failure to state a claim pursuant to Rule 12(b)(6) is GRANTED. Plaintiff's Complaint is dismissed with prejudice.

DATED: _____, 2016

                                        Honorable Ronald S.W. Lew