| | |
|---|---|
| 1 | Michael W. De Vries (SBN 211001) |
| 2 | michael.devries@kirkland.com |
|   | Justin Singh (SBN 266279) |
| 3 | justin.singh@kirkland.com |
|   | KIRKLAND & ELLIS LLP |
| 4 | 333 South Hope Street |
|   | Los Angeles, California 90071 |
| 5 | Telephone:  (213) 680-8400 |
|   | Facsimile:   (213) 680-8500 |

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Attorneys for Defendant*
CISCO SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| APOLLO FINANCE, LLC, | CASE NO.  2:15-CV-9696 RSWL (PJWx) |
| Plaintiff, | |
| vs. | **DECLARATION OF JUSTIN SINGH IN SUPPORT OF CISCO SYSTEMS, INC.'S RULE 12(B)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** |
| CISCO SYSTEMS, INC., | |
| Defendant. | |
| | Hon. Ronald S.W. Lew |
| | Date: March 15, 2016 |
| | Time: 10:00 a.m. |
| | Crtrm.: 21 |

I, Justin Singh, declare and state as follows:

1. I am an attorney at law, duly licensed to practice in the state of California, and am a partner at the law firm of Kirkland & Ellis LLP, counsel of record for Defendant Cisco Systems, Inc.

2. I have knowledge of the following facts, and if called upon to testify, I could and would competently testify thereto.

3. Attached hereto as **Exhibit 1** is a true and correct copy of Form 18 to Federal Rule of Civil Procedure 84 (abrogated December 1, 2015).

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 12th day of February, 2016, in Los Angeles, California.

DATED: February 12, 2016                    KIRKLAND & ELLIS LLP

By: */s/Justin Singh*
        Justin Singh

*Attorneys for Defendant*
CISCO SYSTEMS, INC.