# EXHIBIT 1

<div align="center">

UNITED STATES DISTRICT COURT
for the
<_____> DISTRICT OF <_____>

</div>

| | |
|---|---|
| <Name(s) of plaintiff(s)>, ) | |
| ) | |
| Plaintiff(s) ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. <Number> |
| <Name(s) of defendant(s)>, ) | |
| ) | |
| Defendant(s) ) | |
| ) | |

**COMPLAINT FOR PATENT INFRINGEMENT**

1.   <Statement of Jurisdiction. See Form 7.>
   <a. For diversity-of-citizenship jurisdiction.>   The plaintiff is [a citizen of State A] [a corporation incorporated under the laws of State A with its principal place of business in State A].  The defendant is [a citizen of State B] [a corporation incorporated under the laws of State B with its principal place of business in State B].  The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332.
   <b. For federal-question jurisdiction.>   This action arises under [the United States Constitution; specify the article or amendment and the section] [a United States treaty; specify] [a federal statute, ___U.S.C. § ___].
   <c. For a claim in the admiralty or maritime jurisdiction.>   This is a case of admiralty or maritime jurisdiction.  <To invoke admiralty status under Rule 9(h) use the following: This is an admiralty or maritime claim within the meaning of Rule 9(h).>

2.   On <Date>, United States Letters Patent No. <_____> were issued to the plaintiff for an invention in an electric motor.  The plaintiff owned the patent throughout the period of the defendant's infringing acts and still owns the patent.

3.   The defendant has infringed and is still infringing the Letters Patent by making, selling, and using electric motors that embody the patented invention, and the defendant will continue to do so unless enjoined by this court.

4.   The plaintiff has complied with the statutory requirement of placing a notice of the Letters Patent on all electric motors it manufactures and sells and has given the defendant written notice of the infringement.

   Therefore, the plaintiff demands:

   (a)   a preliminary and final injunction against the continuing infringement;
   (b)   an accounting for damages; and

Exhibit 1 - Page 2

      (c)    interest and costs.

Date:  &lt;Date&gt;                                           &lt;Signature of the attorney or unrepresented party&gt;

_____
&lt;Printed name&gt;
&lt;Address&gt;
&lt;E-mail address&gt;
&lt;Telephone number&gt;

Exhibit 1 - Page 3